# District Court Of Appeal Of The State Of Florida
## Fourth District

**M.P.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1857

[April 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 502018CJ003264XXXXAMB.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

Per Curiam.

*Affirmed.*

Warner, Damoorgian and Kuntz, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***